IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Garcia Wilson, | ) | C/A No.: 1:17-3032-RMG-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| South Carolina Department of Corrections; Warden Richard Cothran; Warden Willie Eagleton; Associate Warden Annie Sellers; Correctional Officer McFadden; Correctional Officer Smith; Correctional Officer Davis; Correctional Officer Sgt. Parker; Correctional Officer Gillespie; Correctional Officer Ocean; and Major Charles West, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on Defendants' motion [ECF No. 48] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendants' request is reasonable and proper, Defendants' motion is granted. Defendants are permitted to depose Plaintiff.

IT IS SO ORDERED.

March 15, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge